**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
CHRISTOPHER MINAFO,

                Plaintiff,

      -against-

LEE & ASSOCIATES NYC LLC,             20 Civ. 1174 (GBD)

                Defendant.
------------------------------------x

**ORDER**

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       April 6, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge